PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| GOLDEN STATE ORTHOPAEDICS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORPORATION dba "STRYKER ORTHOPAEDICS," a New Jersey" Corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 4:14-cv-03073-PJH<br>Related to Case No. 4:16-cv-05079-PJH<br><br>[~~PROPOSED~~] **ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: July 7, 2014<br>FAC Filed:     October 7, 2016 |

Pursuant to the Joint Stipulation For Dismissal With Prejudice Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii) submitted by Plaintiff Golden State Orthopaedics, Inc. and Defendant Howmedica Osteonics Corporation, and for good cause shown, it is hereby **ORDERED** that the entire action, including Plaintiff's complaint and all causes of action alleged therein, is hereby dismissed with prejudice pursuant to Federal Rule Of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

DATED: January 30, 2019

_____
The Honorable Phyllis J. Hamilton
Judge of the United States District Court for the Northern District of California

Submitted by:

Jeffrey K. Brown, Bar No. 162957
jkb@paynefears.com
Erik M. Andersen, Bar No. 220513
ema@paynefears.com
PAYNE & FEARS LLP
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for GOLDEN STATE ORTHOPAEDICS, INC.

Robert B. Milligan, Bar No. 217348
rmilligan@seyfarth.com
D. Joshua Salinas, Bar No. 282065
jsalinas@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2031
Telephone: (310) 277-7200
Facsimile: (310) 210-5219

Attorneys for HOWMEDICA OSTEONICS CORPORATION a subsidiary of STRYKER CORPORATION

4830-7419-4309.1